UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| JIMMY HOBBS,<br><br>  Plaintiff,<br><br>vs.<br><br>EMPLOYERS MUTUAL CASUALTY COMPANY,<br><br>  Defendant. | 5:17-CV-05040-JLV<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY (DOC. 50) |

As stated and explained on the record at the January 31, 2019 hearing on the Motion to Compel Discovery, it is hereby,

ORDERED that Plaintiff's Motion to Compel Discovery is granted as follows. Within 30 days, Defendant shall produce all of Dr. Strand's third-party reports from January 1, 2009 through December 31, 2015, redacting only names, dates of birth, Social Security numbers, and addresses. Defendant shall further produce updated personnel files for Deb Strobel and Mary Fitzgerald within 30 days. It is further

ORDERED that, within 30 days, Defendant must provide unredacted EMC claim logs from March 18, 2014 through June 2016 to the Court for an *in camera* review as to whether the claimed privileges and exceptions apply in this case. The Court will issue a supplemental order regarding its findings.

1

## NOTICE OF RIGHT TO APPEAL

Pursuant to 28 U.S.C. § 636(b)(1)(A), any party may seek reconsideration of this order before the district court upon a showing that the order is clearly erroneous or contrary to law. The parties have fourteen (14) days after service of this order to file written objections pursuant to 28 U.S.C. § 636(b)(1)(A), unless an extension of time for good cause is obtained. See Fed. R. Civ. P. 72(a); 28 U.S.C. § 636(b)(1)(A). Failure to file timely objections will result in the waiver of the right to appeal questions of fact. Id. Objections must be timely and specific in order to require review by the district court. Thompson v. Nix, 897 F.2d 356 (8th Cir. 1990); Nash v. Black, 781 F.2d 665 (8th Cir. 1986).

DATED this 31st day of January, 2019.

BY THE COURT:

_____
DANETA WOLLMANN
United States Magistrate Judge